*Monday, November 9, 1992*

## MOTION DOCKET

**91–2112.** In re Guardianship of Rudy. *Trumbull County*, Nos. 90–T–4398 and 90–T–4416. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of appellee David W. Rudy's motion to dismiss,

IT IS ORDERED by the court that said motion to dismiss be, and the same is hereby, denied. MOYER, C.J., and H. BROWN, J., would defer ruling upon the motion until after oral argument. SWEENEY and HOLMES, JJ., dissent.

**91–2384.** Tokles & Sons, Inc. v. Midwestern Indemn. Co. *Lucas County*, No. L–89–395. This cause is pending before the court on the certification of conflict by the Court of Appeals for Lucas County. Upon consideration of appellee's motion to dismiss, IT IS ORDERED by the court that said motion to dismiss be, and the same is hereby, denied, effective November 5, 1992.

SWEENEY, J., would grant the motion to dismiss for lack of conflict.

RESNICK, J., not participating.

**92–719.** State v. West. *Hamilton County*, No. C–910380. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellee's motion to file brief instanter,

IT IS ORDERED by the court that said motion to file brief instanter be, and the same is hereby, granted, effective November 5, 1992.

**92–1812.** In re Special Democratic Primary Election of August 4, 1992 for Election as the Democratic Candidate for the Office of United States Representative to Congress from the First Dist. This cause originated in this court on the filing of a verified petition to contest election. Upon consideration of contestor's motion for release of bond,

IT IS ORDERED by the court that said motion for release of bond be, and the same is hereby, granted, effective November 3, 1992.

## MISCELLANEOUS DISMISSALS

**92–896.** State ex rel. Professional Assn. for the Training of the Mentally Retarded v. Johnson. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 5, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**92–2074.** Lambert v. Merrick, Inc. *Hancock County*, No. 5–92–11. Cause dismissed, on appellant's application for dismissal, effective November 5, 1992.

*Thursday, November 12, 1992*

## MOTION DOCKET

**87–243.** State v. Poindexter. *Hamilton County*, No. C–850394. On motion for stay. Stay granted.

SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

**92–1002.** Jenkins v. James B. Day & Co. *Franklin County*, No. 91AP–1124. On suggestion of stay. Suggestion granted.